# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3531

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Eastern District of Missouri. |
| Billy Cole, | * |
| | * [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted: August 4, 2005
Filed: August 9, 2005

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Billy Cole appeals the district court's[1] denial without prejudice of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion, in which he sought reduction based on Amendment 591 to the Sentencing Guidelines and Blakely v. Washington, 542 U.S. 296 (2004). Amendment 591 does not affect Cole's sentence, and he has not stated any other basis for modification under section 3582(c)(2). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.